| | |
|---|---|
| Russell D. Garrett, WSBA #18657<br>russell.garrett@jordanramis.com<br>JORDAN RAMIS PC<br>PacWest – 27th Floor<br>1211 SW 5th Avenue<br>Portland, OR 97204<br>Telephone: (503) 598-7070<br>Facsimile: (503) 598-7373<br><br>Former Chapter 7 Trustee | Hon. Mary Jo Heston<br>Chapter 13<br>Hearing Location: via Zoomgov<br>Hearing Date: June 6, 2023<br>Hearing Time: 1:00 p.m.<br>Response Date: May 30, 2023 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>PATRICIA ZOILA LUNA,<br><br>        Debtor(s). | Case No. 20-40671-MJH<br><br>FORMER CHAPTER 7 TRUSTEE'S APPLICATION FOR COMPENSATION AND ORDER AUTHORIZING PAYMENT OF FEES TO GENERAL COUNSEL FOR TRUSTEE |

The Former Chapter 7 Trustee, Russell D. Garrett, files this Application for Compensation and Order Authorizing Payment of Fees to General Counsel for Trustee. For the Application, the Trustee relies upon the points and authorities cited herein, the Declaration of Russell D. Garrett, submitted herewith, and the Court's records and files.

1. The Debtor filed the present Chapter 7 Bankruptcy Petition on March 5, 2020, and Russell D. Garrett was appointed the Chapter 7 Bankruptcy Trustee.

2. On February 8, 2021, an Order Granting Application to Employ Jordan Ramis PC as attorneys for Trustee was entered with the Court [Dkt. No. 107].

3. General Counsel for Trustee requests final compensation for legal services rendered in this case in the amount of $19,237.50 in attorney's fees and $3,037.07 in costs for a total of $22,274.57.

/ / /

/ / /

FORMER CHAPTER 7 TRUSTEE'S APPLICATION FOR COMPENSATION AND ORDER AUTHORIZING PAYMENT OF FEES TO GENERAL COUNSEL FOR TRUSTEE - Page 1

JORDAN RAMIS PC
Attorneys at Law
1211 SW 5th Avenue – 27th Floor
Portland, OR 97204
Telephone: (503) 598-7070  Fax: (503) 598-7373

51333-79004 4866-5024-1114.4

4. On November 3, 2022, an Order Granting Application to Employ Premier Partners Realty Inc. dba Keller Williams Premier Partners and Christine Dunn ("Realtor") was entered with the court [Dkt. No. 140]. The Realtor will not be submitting a fee application.

5. The application submitted herewith contains additional details regarding the legal services performed by the General Counsel for Trustee and includes an itemized time narrative of services performed by counsel. It is filed consistent with Western District of Washington LR 2016-1.

A proposed form of Order is filed as an exhibit to this motion.

WHEREFORE, the Trustee requests that the Court enter an order approving compensation for Jordon Ramis PC, General Counsel for Trustee in the amount of $19,237.50 in attorney's fees and $3,037.07 in costs for a total of $22,274.57.

The Trustee also requests Court approval to pay Jordan Ramis PC its fees approved upon entry of the Order or as soon as practicable or through the Debtor's Chapter 13 Plan.

DATED this 28th day of April, 2023

JORDAN RAMIS PC

By: /s/ Russell D. Garrett
Russell D. Garrett, WSBA #18657
Former Chapter 7 Trustee

FORMER CHAPTER 7 TRUSTEE'S APPLICATION FOR COMPENSATION AND ORDER AUTHORIZING PAYMENT OF FEES TO GENERAL COUNSEL FOR TRUSTEE - Page 2

JORDAN RAMIS PC
Attorneys at Law
1211 SW 5th Avenue – 27th Floor
Portland, OR 97204
Telephone: (503) 598-7070  Fax: (503) 598-7373

51333-79004 4866-5024-1114.4

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I electronically filed the foregoing FORMER CHAPTER 7 TRUSTEE'S APPLICATION FOR COMPENSATION AND ORDER AUTHORIZING PAYMENT OF FEES TO GENERAL COUNSEL FOR TRUSTEE and PROPOSED ORDER with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**VIA ECF NOTICE:**

United States Trustee
USTPREGION18.SE.ECT@usdoj.gov

David C. Clarke
Clarke Law Office
3875 SW Hall Blvd, Suite C
Beaverton, OR 97005

Tim Coleman
OlsenDaines
PO Box 12829
Salem, OR 97309
    Attorney for Debtor

**VIA US MAIL POSTAGE PREPAID:**

-All creditors on Creditor Matrix-

DATED this 28th day of April, 2023.

JORDAN RAMIS PC

By: /s/ Russell D. Garrett
Russell D. Garrett, WSBA #18657
Former Chapter 7 Trustee

CERTIFICATE OF SERVICE - Page 1

JORDAN RAMIS PC
Attorneys at Law
1211 SW 5th Avenue – 27th Floor
Portland, OR 97204
Telephone: (503) 598-7070  Fax: (503) 598-7373
51333-79004 4866-5024-1114.4