**Below is the Order of the Court.**

_Mary Jo Heston_
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| In re | Case No. 20-40671-MJH |
| PATRICIA ZOILA LUNA, | ORDER RE FORMER CHAPTER 7 TRUSTEE'S APPLICATION FOR COMPENSATION AND ORDER AUTHORIZING PAYMENT OF FEES TO GENERAL COUNSEL FOR TRUSTEE |
| Debtor(s). | |

THIS MATTER came before the Court for hearing upon Trustee's Application for Compensation, proposed Order Authorizing Payment of Fees to General Counsel for Trustee and Declaration of Russell D. Garrett. The Court having reviewed the Trustee's Application, all records and files herein and Jordan Ramis PC's billings from which were attached thereto, and finding that said documents were timely filed, and there having been no objection filed to the Application, and the Court being fully advised in the premises, and finding good cause;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Trustee's Application for Compensation and Order Authorizing Payment of Fees to General Counsel for Trustee is granted.

/ / /

/ / /

/ / /

ORDER RE FORMER CHAPTER 7 TRUSTEE'S
APPLICATION FOR COMPENSATION AND ORDER
AUTHORIZING PAYMENT OF FEES TO GENERAL
COUNSEL FOR TRUSTEE - Page 1

JORDAN RAMIS PC
Attorneys at Law
1211 SW 5th Avenue – 27th Floor
Portland, OR 97204
Telephone: (503) 598-7070  Fax: (503) 598-7373

51333-79004 4889-2504-9448.1

1    IT IS FURTHER ORDERED that Jordan Ramis PC's fees and costs shall be considered

2   an administrative expense claim in this case and paid according to any confirmed Chapter 13

3   Plan or further order of this court.

4    IT IS FURTHER ORDERED that in the event that this case is converted back to a

5   Chapter 7, the Trustee may seek an order authorizing payment of this claim when funds become

6   available and to the extent that the administrative expense claim has not been paid by the Chapter

7   13 Trustee.

8

9    ///End of Order///

10  Presented By:

11  JORDAN RAMIS PC

12  */s/ Russell D. Garrett*
13  Russell D. Garrett, WSBA #18657
    Former Chapter 7 Trustee

14

15

16

17

18

19

20

21

22

23

24

25

26

JORDAN RAMIS PC
Attorneys at Law
1211 SW 5th Avenue – 27th Floor
Portland, OR 97204
Telephone: (503) 598-7070  Fax: (503) 598-7373
51333-79004 4889-2504-9448.1